UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SALVIDOR SOLIS, | ) | 1:05-CV-00345-REC-LJO-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| v. | ) ) | (DOCUMENT #12) |
| McKESSEN, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 8, 2006, plaintiff filed a motion to extend time to file an amended complaint, pursuant to the court's order of May 25, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **THIRTY** (30) days from the date of service of this order in which to file an amended complaint..

IT IS SO ORDERED.

**Dated:   July 11, 2006**         /s/ Lawrence J. O'Neill
b6edp0                    UNITED STATES MAGISTRATE JUDGE