# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SOLIS, | CV F   05-345 REC LJO P |
| Plaintiff, | |
| v. | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |
| MCKESSEN, ET. AL., | |
| Defendants. | |

Salvador Solis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on March 11, 2005, naming Correctional Officer McKessen, and Correctional Counselor II Mrs. Whittens as Defendants.

On May 25, 2006, the Court dismissed the Complaint and granted Plaintiff leave to amend. Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).   Plaintiff was given the option of submitting an Amended Complaint and curing the defects outlined by the Court or proceeding on only those claims cognizable and dismissing all remaining claims and defendants from the action.  On August 16, 2006, Plaintiff informed the Court he wished to

proceed with only those claims found cognizable by the Court.[1]  Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following Defendants:

    C/O MCKESSEN

2. The Clerk of the Court shall send Plaintiff ONE USM-285 forms, ONE summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed March 11, 2005.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. TWO copies of the endorsed complaint filed March 11, 2005.

4. Plaintiff does not need to attempt service on Defendant and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   September 26, 2006**            /s/ Lawrence J. O'Neill
b9ed48                                                UNITED STATES MAGISTRATE JUDGE

---

[1] In a Findings and Recommendations issued concurrently with this order, the Court recommended that be dismissed from this action for failure to state any claims upon which relief may be granted.