UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SOLIS,<br><br>  Plaintiff,<br><br>vs.<br><br>McKESSEN, et al.,<br><br>  Defendants.<br>_____/ | 1:05-cv-00345-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 16)<br><br>**ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |

Salvador Solis ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 27, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendations, filed September 27, 2006, are ADOPTED IN FULL;

    2.   This action will proceed solely on the Eighth Amendment claim against Defendant McKessen for cruel and unusual punishment; and,

    3.   All remaining claims and Defendants are DISMISSED.

IT IS SO ORDERED.

**Dated:   January 6, 2007**           **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE