IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SOLIS, | 1:05-cv-00345-LJO-GSA-(PC) |
| Plaintiff, | ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| C/O McKESSEN, et al., | (DOCUMENT #41) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 19, 2008, plaintiff filed a motion to extend time to file amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file amended complaint.

IT IS SO ORDERED.

Dated:   **March 6, 2008**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE