IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SOLIS, | 1:05-cv-00345-LJO-GSA (PC) |
| Plaintiff, | ORDER GRANTING THIRD MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| C/O McKESSEN, et al., | (DOCUMENT #43) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 11, 2008, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of November 26, 2007.

IT IS SO ORDERED.

Dated:   April 24, 2008              /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE