# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SOLIS,<br><br>          Plaintiff,<br><br>     vs.<br><br>McKESSON,  et al.,<br><br>          Defendants. | 1:05-cv-00345-LJO-GSA-PC<br><br>ORDER DENYING MOTION AS MOOT<br>(Doc. 116.) |

Salvador Solis ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  On September 7, 2010, summary judgment was entered against Plaintiff in this case and judgment was entered. (Docs. 102, 103.)

On June 24, 2013, Plaintiff filed a motion for summary judgment. (Doc. 116.)  In light of the fact that this case was closed by the district court on September 7, 2010, IT IS HEREBY ORDERED that Plaintiff's motion is DENIED as moot.

IT IS SO ORDERED.

     Dated:   **September 25, 2013**              **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE